UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re WASHINGTON MUTUAL RESPA FEE LITIGATION | Master Docket: CV-02-5944 JG (SMG) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Claude G. Szyfer, dated July 11, 2005, and the exhibits annexed thereto, Defendants Washington Mutual, Inc.; Washington Mutual Home Loans, Inc.; and Washington Mutual Bank, by their attorneys, Stroock & Stroock & Lavan LLP, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, will move this Court before the Honorable Judge John Gleeson, at the Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time to be set by the Court, for an Order granting permission to JiAe Moon, a member in good standing of the Bar of the State of California, to participate in these proceedings.

The attached Declaration of Claude G. Szyfer and the exhibits thereto provide further support for this motion.

Dated: New York, New York
July 11, 2005

                STROOCK & STROOCK & LAVAN LLP

By: _____
        Claude G. Szyfer (CS 0692)
        180 Maiden Lane
        New York, New York 10038-4932
        Tel. (212) 806-5400
        Fax (212) 806-6006

Attorneys for Defendants Washington Mutual, Inc.; Washington Mutual Home Loans, Inc.; and Washington Mutual Bank.