```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DENISE CASSESE,

                         Plaintiff,
                                                              ORDER
           -against-                                          CV 05-2724 (ADS)(ARL)

WASHINGTON MUTUAL, INC., et al.,

                         Defendants.
----------------------------------------------------------------X
```
**LINDSAY, Magistrate Judge:**

      Before the court is the parties' letter application dated September 20, 2007, seeking to defer the deadline by which the parties are to exchange expert disclosures until after Judge Spatt has ruled on the plaintiffs' motion for class certification and the defendants' motion for summary judgment. That motion is granted. Both parties agree that depending on the court's ruling, expert testimony may not be required. In addition, the parties have indicated that no other deadlines will be impacted by this request. Immediately upon receipt of the decisions, the parties will notify the undersigned if expert discovery is necessary.


Dated: Central Islip, New York          **SO ORDERED:**
      September 24, 2007

                                                            _____/s/_____
                                                            ARLENE R. LINDSAY
                                                           United States Magistrate Judge