**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
DENISE CASSESE f/k/a DENISE CALIGIURI,
GEORGE SCOTT RUSH, RICHARD
MELICHAR and RICHARD SCHROER,
individually and on behalf of all others similarly     **ORDER**
situated,                                               05-cv-2724 (ADS)(ARL)

                        Plaintiffs,

      -against-

WASHINGTON MUTUAL, INC.,
WASHINGTON MUTUAL BANK, FA,
WASHINGTON MUTUAL BANK, FSB,
WASHINGTON MUTUAL BANK, and
WASHINGTON MUTUAL HOME LOANS,
INC.,

                        Defendants.
---------------------------------------------------------X
**APPEARANCES:**

**WHALEN & TUSA, P.C.**
*Attorneys for the plaintiffs*
33 West 19th Street, Suite 405
New York, NY 10011
       By:    Joseph S. Tusa, Esq.
                Paul C. Whalen, Esq., of Counsel

**DANNENBERG, BEMPORAD, SELINGER & COHEN, P.C.**
*Attorneys for the plaintiffs*
White Plains Plaza
One North Broadway
White Plains, NY 10601
       By:    Peter D. St. Philip, Jr., Esq., of Counsel

**WEIL, GOTSHAL & MANGES, LLP**
*Attorneys for the defendant Washington Mutual Inc.*
767 Fifth Avenue
New York, NY 10153
       By:    Brian S. Rosen , Esq., of Counsel

**STROOCK, & STROOCK & LAVAN**
*Attorneys for the defendants Washington Mutual Bank, FSB and third-party*
*JPMorgan Chase Bank, NA*
180 Maiden Lane
New York, New York 10038
  By: Burton Lipshie, Esq.,
     Claude Gabriel Szyfer, Esq.,
     Sarah B. Takasugi, Esq.,
     Heidi Balk, Esq.,
     James Lawrence Bernard, Esq., of Counsel

**BAKER BOTTS, LLP**
*Attorneys for the defendant Federal Deposit Insurance Corporation*
The Warner
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
  By: David A. Super, Esq.,
     Ryan Bull, Esq.,
     Elysa M. Dishman, Esq.,
     Samuel J. Waldon, Esq., of Counsel

**SPATT, District Judge.**

As reflected in the Court's previous orders in this case, certain of the defendants have been consolidated and placed under the receivership of the Federal Deposit Insurance Corporation. To reflect this change, the Court respectfully directs the Clerk of the Court to amend the caption for this case to read as follows:

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
DENISE CASSESE f/k/a DENISE CALIGIURI,
GEORGE SCOTT RUSH, RICHARD
MELICHAR and RICHARD SCHROER,
individually and on behalf of all others similarly
situated,

                              Plaintiffs,

      -against-

WASHINGTON MUTUAL, INC.;

THE FEDERAL DEPOSIT INSURANCE
COMPANY, in its capacity as receiver for
WASHINGTON MUTUAL BANK, such entity
having incorporated former defendants
WASHINGTON MUTUAL BANK, FA and
WASHINGTON MUTUAL HOME LOANS,
INC.; and

WASHINGTON MUTUAL BANK, FSB,

                              Defendants.
---------------------------------------------------------X

      In addition, related changes in counsel have led to inconsistencies in the docket regarding the counsel of record for each of the parties. Accordingly, the parties are directed to each submit to the Court within five days a letter setting forth their attorneys of record.

**SO ORDERED.**

Dated: Central Islip, New York
April 20, 2010

                                                                             /s/ Arthur D. Spatt
                                                                           ARTHUR D. SPATT
                                                             United States District Judge