

| | |
|---|---|
| New York | Pennsylvania |
| White Plains Plaza | Four Tower Bridge |
| One North Broadway | 200 Barr Harbor Drive, Suite 400 |
| White Plains, NY 10601-2310 | West Conshohocken, PA 19428-2977 |
| 914-997-0500 Telephone | 610-941-2760 Telephone |
| 914-997-0035 Fax | 610-862-9777 Fax |
| www.lowey.com | |

April 20, 2010

<u>*VIA* ECF</u>
The Honorable Arthur D. Spatt
United States District Court
 for the Eastern District of New York
1020 Federal Plaza
Central Islip, New York 11722

   Re: *Cassese, et al. v. Washington Mutual Inc, et al.*,
     <u>Docket No. 2:05-cv-02724-ADS-ARL</u>

Dear Judge Spatt:

  In response to Your Honor's April 20, 2010 Order, plaintiffs (identified below) are represented by Whalen & Tusa, P.C. and Lowey Dannenberg Cohen & Hart, P.C. ("Plaintiffs' Counsel"):

  Denise Casesse, f/k/a Denise Caligiuri
  George Scott Rush
  Richard Melichar
  Richard Schoerer

The Court has appointed Plaintiffs' Counsel and plaintiffs Casesse, Rush and Schoerer to represent certain classes under Rule 23. *See Cassese v. Washington Mut., Inc.*, 262 F.R.D. 179 (E.D.N.Y. 2009); *Cassese v. Washington Mut., Inc.*, 255 F.R.D. 89 (E.D.N.Y. 2008).

  Please note that Your Honor's Order incorrectly lists this firm's name as "Dannenberg, Bemporad, Selinger & Cohen, P.C." The correct name, as shown above, is "Lowey Dannenberg Cohen & Hart, P.C." We respectfully renew our request that the Clerk make this correction on the docket.

            Respectfully submitted,

            Peter D. St. Phillip, Jr.

PSP:rhl
<u>Enclosure</u>

cc: Counsel of Record

{1917 / LTR / 00101404.DOC v1}