# STROOCK

By ECF Filing and First Class Mail

May 7, 2010

Lisa M. Simonetti
Direct Dial 310-556-5819
Direct Fax 310-556-5959
lsimonetti@stroock.com

The Honorable Arthur D. Spatt
United States District Court
  For the Eastern District of New York
P.O. Box 9014
Central Islip, NY 11722-9014

Re: <u>Cassese v. Washington Mutual, Inc., Civil Action No. 05-02724</u>

Dear Judge Spatt:

We write on behalf of non-party JPMorgan Chase Bank, N.A. ("Chase") in response to the Court's Order dated April 29, 2010, which requests that Chase confer with the parties in this action regarding whether Washington Mutual Bank, FSB ("FSB") "remains a viable legal entity." Chase has conferred with the parties and submits that, on September 25, 2008, Chase purchased FSB along with certain other assets from Washington Mutual Bank, FA. As of the purchase date, FSB was merged into Chase and therefore no longer exists.

Respectfully yours,


/s/ Lisa M. Simonetti
Lisa M. Simonetti

LMS:pb

LA 51266169