# WHALEN & TUSA, P.C.

*A New York Professional Corporation*
*Attorneys and Counselors at Law*

*33 West 19th Street, Suite 405*
*New York, NY  10011*
*Telephone: (212) 400-7100*
*Facsimile:  (212) 658-9685*

June 29, 2010

**BY ECF FILING AND FIRST CLASS MAIL**

Honorable Arthur D. Spatt
United States District Court
 For the Eastern District of New York
P.O. Box 9014
Central Islip, NY  11722-9014

      Re:    Cassese v. Washington Mutual, Inc., Civil Action No. 05-02724

Dear Judge Spatt:

      We write as counsel for Plaintiffs and the certified class in the above-referenced class action. In their letter of June 23, 2010, counsel for defendant Washington Mutual, Inc. ("WMI") offered to extend Plaintiffs' briefing deadline to respond to WMI's motion for judgment on the pleadings from July 1, 2010 until July 9, 2010.  WMI would then file any reply memoranda by July 23, 2010.  Kindly accept this confirmation that Plaintiffs have agreed to that briefing schedule offered by WMI.

      Respectfully yours,
      /s/
      Joseph S. Tusa

cc:    Counsel of Record (By ECF Filing)