# JOURNAL ENTRY REQUEST FORM

| DR CO. | GL | CC | AMT | DESCRIPTION | | CR CO. | GL | CC | AMT | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 70 | 10441 | 9909 | 3,674,000,000.00 | WMI contributes to fsb | | 70 | 10450 | 9909 | 3,674,000,000.00 | WMI contributes to fsb |
| 02 | 52915 | 9347 | 3,674,000,000.00 | WMI contributes to fsb | | 02 | 45788 | 9909 | 3,674,000,000.00 | WMI contributes to fsb |
| 40 | 20501 | 9909 | 3,674,000,000.00 | WMI contributes to fsb | | 40 | 28201 | 9331 | 3,674,000,000.00 | WMI contributes to fsb |
| 01 | 49241 | 9331 | 3,674,000,000.00 | WMI contributes to fsb | | 01 | 52915 | 9347 | 3,674,000,000.00 | WMI contributes to fsb |

Total DR  $14,696,000,000.00    Total CR  $14,696,000,000.00

Balance check  $0.00

Requested by: Yolanda Noblezada    930338
Approved by: [signature] 9/24/2008    08/20/2008
Posted by:

A-81