

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CASSESE f/k/a DENISE CALIGIURI, GEORGE SCOTT RUSH, RICHARD MELICHAR and RICHARD SCHROER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; and<br><br>THE FEDERAL DEPOSIT INSURANCE COMPANY, in its capacity as receiver for WASHINGTON MUTUAL BANK, such entity having incorporated former defendants WASHINGTON MUTUAL BANK, FA and WASHINGTON MUTUAL HOME LOANS, INC.,<br><br>Defendants. | Civil Action No. 05-02724<br><br>Arthur D. Spatt, USDJ<br>Arlene R. Lindsay, USMJ<br><br>U.S. D... ...N.Y<br><br>★   2010   ★<br><br>LONG ISLAND OFFICE |

### STIPULATION OF VOLUNTARY DISMISSAL

The parties, by their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to voluntarily dismiss with prejudice Richard Melichar as a Plaintiff in this action and all individual claims asserted by Richard Melichar in this action. The parties further stipulate and agree that this Stipulation shall not be interpreted to waive any other claims, defenses or arguments concerning the remaining parties to this action.

Pursuant to the Section II.B. of this Court's Individual Practices, the remaining parties to this action after the dismissal of Mr. Melichar agree that the caption of this action shall be amended to read as follows:

| | |
|---|---|
| DENISE CASSESE f/k/a DENISE CALIGIURI, GEORGE SCOTT RUSH, and RICHARD SCHROER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.; and<br><br>THE FEDERAL DEPOSIT INSURANCE COMPANY, in its capacity as receiver for WASHINGTON MUTUAL BANK, such entity having incorporated former defendants WASHINGTON MUTUAL BANK, FA and WASHINGTON MUTUAL HOME LOANS, INC.,<br><br>Defendants. | Civil Action No. 05-02724<br><br>Arthur D. Spatt, USDJ<br>Arlene R. Lindsay, USMJ |

Dated: September 3, 2010
    New York, New York

| | |
|---|---|
| **WHALEN & TUSA, P.C.**<br><br>  /s/ **Joseph S. Tusa**<br>Joseph S. Tusa (JT 9390)<br>Paul C. Whalen (PW 1300)<br>33 West 19th Street, Suite 405<br>New York, NY 10011<br>Tel: (212) 400-7100<br>Fax: (212) 658-9685<br><br>**LOWEY DANNENBERG COHEN & HART, P.C.**<br>Peter D. St. Philip, Jr. (PS 0726)<br>One North Broadway, 5th Floor<br>White Plains, NY 10601<br>Tel: (914) 997-5000<br>Fax: (914) 997-0035<br><br>*Attorneys for Plaintiffs and Class Counsel* | **BAKER BOTTS L.L.P.**<br><br>  /s/ **David A. Super**<br>David A. Super (*pro hac vice*)<br>Richard P. Sobiecki (*pro hac vice*)<br>The Warner<br>1299 Pennsylvania Ave. NW<br>Washington, DC 20004-2400<br>Tel: (202) 639-7700<br>Fax: (202) 639-7890<br><br>*Attorneys for the Defendant Federal Deposit Insurance Corporation in its capacity as Receiver for Washington Mutual Bank* |

|  | WEIL, GOTSHAL & MANGES LLP<br><br>  /s/  John P. Mastando III  <br>John P. Mastando III<br>Wing F. (Alex) Ng<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel:  (212) 310-8000<br>Fax:  (212) 310-8007<br><br>*Attorneys for Defendant Washington Mutual, Inc.* |
|---|---|

So Ordered.

_____
U.S.D.J. Arthur D. Spatt
9/7/10