UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DENISE CASSESE f/k/a DENISE CALIGIURI,
GEORGE SCOTT RUSH, RICHARD
MELICHAR and RICHARD SCHROER,
individually and on behalf of all others
similarly situated,

      05 Civ. 2724 (ADS)(ARL)

    Plaintiffs,
 v.

WASHINGTON MUTUAL, INC.;
THE FEDERAL DEPOSIT INSURANCE
COMPANY, in its capacity as receiver for
WASHINGTON MUTUAL BANK, such entity
having incorporated former defendants
WASHINGTON MUTUAL BANK, FA, and
WASHINGTON MUTUAL HOME LOANS,
INC.,

    **JOINT STIPULATION**
    **CONCERNING**
    **RESPONSIVE PLEADINGS**

    Defendants.
------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, as follows:

1. The time within which Defendant Washington Mutual, Inc. shall file and serve its responses to Plaintiffs' Third Amended Complaint (Dkt. No. 330) filed on November 17, 2010 is extended thirty (30) days, up to and including December 31, 2010.

2. A facsimile, photocopy, or PDF of this stipulation and the signatures hereto shall have the same effect and may be accepted with the same authority as the original.

US_ACTIVE:\43566522\01\79831.0003

Dated: New York, New York
December 1, 2010

**LOWEY DANNENBERG COHEN & HART, P.C.**

/s/ Peter D. St. Philip, Jr.

Peter D. St. Philip, Jr.
One North Broadway, 5th Floor
White Plains, NY 10601
Tel: (914) 997-5000
Fax: (914) 997-0035

**WHALEN & TUSA, P.C.**
Joseph S. Tusa
Paul C. Whalen
33 West 19th Street, 4th Floor
New York, NY 10011
Tel: (212) 400-7100
Fax: (212) 658-9685

*Attorneys for Plaintiffs*

**WEIL, GOTSHAL & MANGES LLP**

/s/ John P. Mastando III

John P. Mastando III
Wing F. (Alex) Ng
Vanessa W. Chandis
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendant Washington Mutual, Inc.*

It is SO ORDERED:

Dated: 12/2/10

_____
Hon. Arthur D. Spatt
United States District Judge

**MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT VIA FACSIMILE.**