767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**John P. Mastando III**
Direct Line (212) 310-8064
john.mastando@weil.com

December 16, 2010                                              BY ECF FILING AND OVERNIGHT MAIL

Honorable Arthur D. Spatt
United States District Court
For the Eastern District of New York
P.O. Box 9014
Central Islip, NY 11722-9014

Re:  *Cassese v. Washington Mutual, Inc.*, Civil Action No. 05-02724

Dear Judge Spatt:

We represent Defendant Washington Mutual, Inc. ("WMI") in the above-referenced action and write to inform the Court that WMI and Plaintiffs, individually and on behalf of the unnamed members of the WMI class, have reached a settlement in principle. The parties are currently in the process of drafting a settlement agreement and related papers.

In light of the foregoing, WMI respectfully requests that Your Honor stay all outstanding deadlines as to WMI pending the parties' submission of the settlement agreement and related papers to the Court for the requisite approvals. Plaintiffs consent to this requested stay.

Thank you for your attention to these matters.


Respectfully submitted,

/s/ John P. Mastando III

John P. Mastando III


cc:  Counsel of Record (By ECF Filing)