767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Weil, Gotshal & Manges LLP**

**John P. Mastando III**
Direct Line (212) 310-8064
john.mastando@weil.com

December 17, 2010

BY ECF FILING

Honorable Arthur D. Spatt
United States District Court
For the Eastern District of New York
P.O. Box 9014
Central Islip, NY 11722-9014

**Re: *Cassese v. Washington Mutual, Inc.*, Civil Action No. 05-02724**

Dear Judge Spatt:

We represent Defendant Washington Mutual, Inc. ("WMI") in the above-referenced action.  On
December 16, 2010, WMI informed the Court that WMI and Plaintiffs, individually and on behalf of the
unnamed members of the WMI class, have reached a settlement in principle and are currently drafting
and finalizing a settlement agreement.  (Dkt. No. 336)  Further to the Court's Order dated December 17,
2010 (Dkt. No. 337), WMI respectfully requests that Your Honor stay all outstanding deadlines as to
WMI until January 31, 2011 pending the parties' finalization and submission of the settlement
agreement and related papers to the Court for the requisite approvals.  Attached hereto is a stipulation
reflecting the agreement of WMI and Plaintiffs to the schedule outlined herein.

Thank you for your attention to these matters.

Respectfully submitted,

/s/ John P. Mastando III

John P. Mastando III

cc:  Counsel of Record (By ECF Filing)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DENISE CASSESE f/k/a DENISE CALIGIURI,   :
GEORGE SCOTT RUSH, RICHARD   :
MELICHAR and RICHARD SCHROER,   :
individually and on behalf of all others   :
similarly situated,   :      05 Civ. 2724 (ADS)(ARL)
   :
   Plaintiffs,   :
   v.   :
   :      **JOINT STIPULATION**
WASHINGTON MUTUAL, INC.;   :      **CONCERNING**
THE FEDERAL DEPOSIT INSURANCE   :      **FILING DEADLINES**
COMPANY, in its capacity as receiver for   :
WASHINGTON MUTUAL BANK, such entity   :
having incorporated former defendants   :
WASHINGTON MUTUAL BANK, FA, and   :
WASHINGTON MUTUAL HOME LOANS,   :
INC.,   :
   :
   Defendants.   :
-------------------------------------------------------------x

**WHEREAS**, Plaintiffs, individually and on behalf of the WMI class, and Defendant Washington Mutual, Inc. ("WMI") have reached a settlement in principle and are drafting an agreement reflecting the terms of the settlement;

**WHEREAS**, Plaintiffs and WMI anticipate filing the settlement agreement and motion for preliminary approval of the settlement agreement no later than January 31, 2011;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, as follows:

1.     Any outstanding deadlines, including the deadline for WMI to answer, move or otherwise respond to Plaintiffs' Third Amended Complaint (Dkt. No. 330), shall be extended through and including January 31, 2011.

2.      A facsimile, photocopy, or PDF of this stipulation and the signatures hereto shall have the

same effect and may be accepted with the same authority as the original.


Dated: New York, New York
        December 17, 2010


**LOWEY DANNENBERG COHEN &**                    **WEIL, GOTSHAL & MANGES LLP**
**HART, P.C.**


/s/ Peter D. St. Philip, Jr. _____          /s/ John P. Mastando III _____
Peter D. St. Philip, Jr.                              John P. Mastando III
One North Broadway, 5th Floor                         Wing F. (Alex) Ng
White Plains, NY 10601                                Vanessa W. Chandis
Tel: (914) 997-5000                                   767 Fifth Avenue
Fax: (914) 997-0035                                   New York, NY 10153
                                                      Tel: (212) 310-8000
                                                      Fax: (212) 310-8007
**WHALEN & TUSA, P.C.**
Joseph S. Tusa
33 West 19th Street, 4th Floor                        *Attorneys for Defendant Washington*
New York, NY  10011                                   *Mutual, Inc.*
Tel. (212) 400-7100


**TUSA P.C.**
Joseph S. Tusa, Esq.
236 East 28th Street, #3C
New York, NY  10016
Tel. (646) 895-9802


*Attorneys for Plaintiffs*



        It is SO ORDERED:



        Dated: _____          _____
                                         Hon. Arthur D. Spatt
                                         United States District Judge