UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DENISE CASSESE f/k/a DENISE CALIGIURI,
GEORGE SCOTT RUSH, RICHARD
MELICHAR and RICHARD SCHROER,
individually and on behalf of all others
similarly situated,

     Plaintiffs,
  v.

WASHINGTON MUTUAL, INC.;
THE FEDERAL DEPOSIT INSURANCE
COMPANY, in its capacity as receiver for
WASHINGTON MUTUAL BANK, such entity
having incorporated former defendants
WASHINGTON MUTUAL BANK, FA, and
WASHINGTON MUTUAL HOME LOANS,
INC.,

     Defendants.
-----------------------------------------------------------x



05 Civ. 2724 (ADS)(ARL)

**JOINT STIPULATION CONCERNING FILING DEADLINES**

**WHEREAS**, Plaintiffs, individually and on behalf of the WMI class, and Defendant Washington Mutual, Inc. ("WMI") have reached a settlement in principle and are drafting an agreement reflecting the terms of the settlement;

**WHEREAS**, Plaintiffs and WMI anticipate filing the settlement agreement and motion for preliminary approval of the settlement agreement no later than January 31, 2011;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, as follows:

1. Any outstanding deadlines, including the deadline for WMI to answer, move or otherwise respond to Plaintiffs' Third Amended Complaint (Dkt. No. 330), shall be extended through and including January 31, 2011.

2.   A facsimile, photocopy, or PDF of this stipulation and the signatures hereto shall have the same effect and may be accepted with the same authority as the original.

Dated: New York, New York
December 17, 2010

| **LOWEY DANNENBERG COHEN & HART, P.C.** | **WEIL, GOTSHAL & MANGES LLP** |
|---|---|
| /s/ Peter D. St. Philip, Jr.<br>Peter D. St. Philip, Jr.<br>One North Broadway, 5th Floor<br>White Plains, NY 10601<br>Tel: (914) 997-5000<br>Fax: (914) 997-0035 | /s/ John P. Mastando III<br>John P. Mastando III<br>Wing F. (Alex) Ng<br>Vanessa W. Chandis<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007 |
| **WHALEN & TUSA, P.C.**<br>Joseph S. Tusa<br>33 West 19th Street, 4th Floor<br>New York, NY 10011<br>Tel. (212) 400-7100 | *Attorneys for Defendant Washington Mutual, Inc.* |
| **TUSA P.C.**<br>Joseph S. Tusa, Esq.<br>236 East 28th Street, #3C<br>New York, NY 10016<br>Tel. (646) 895-9802 | |
| *Attorneys for Plaintiffs* | |

It is SO ORDERED:

Dated: 12/18/10

_____
Hon. Arthur D. Spatt
United States District Judge