IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE CASSESE f/k/a DENISE CALIGIURI, GEORGE SCOTT RUSH, RICHARD SCHROER and WILLIAM BLOOM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL, INC.;<br><br>THE FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for WASHINGTON MUTUAL BANK, such entity having incorporated former defendants WASHINGTON MUTUAL BANK, FA and WASHINGTON MUTUAL HOME LOANS, INC.; and<br><br>WASHINGTON MUTUAL BANK, FSB,<br><br>Defendants. | Civil Action No. 05-02724<br><br>Arthur D. Spatt, USDJ<br>Arlene R. Lindsay, USMJ |

**PLAINTIFF CONSENT TO APPEARANCE AND SUBSTITUTION OF COUNSEL**

I, William Bloom, am a plaintiff in this lawsuit. I have been notified that the shareholders of Whalen & Tusa, P.C. voted on December 22, 2010 to dissolve that firm. I am further aware that I have rights to choose counsel to represent me in this action. I have consented to the representation by Joseph S. Tusa, Tusa P.C. and Lowey Dannenberg Cohen & Hart, P.C. for me in this lawsuit. I further consent to the appearance of Tusa P.C. in this lawsuit and the substitution of Tusa P.C. for Whalen & Tusa, P.C. as class counsel in this lawsuit, along with class counsel Lowey Dannenberg Cohen & Hart, P.C.

Dated: January 4, 2011

/s/ William Bloom
William Bloom

i