# BAKER BOTTS LLP

THE WARNER
1299 PENNSYLVANIA AVE., NW
WASHINGTON, D.C.
20004-2400

TEL +1 202.639.7700
FAX +1 202.639.7890
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
**WASHINGTON**

**BY ECF FILING**

June 13, 2011

Richard P. Sobiecki
TEL +1 (202) 639-7906
FAX +1 (202) 639-1168
rich.sobiecki@bakerbotts.com

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

  Re: <u>Cassese, et al v. Washington Mutual, Inc., et al.</u>,
     No. 05-cv-02724 (ADS) (ARL)

Dear Judge Spatt:

  I am writing on behalf of the Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC-Receiver"), in response to the Court's Order dated June 9, 2011. The June 9 Order requests that counsel for all parties appear before the Court on June 20, 2011, regarding Plaintiffs' motion to substitute counsel. FDIC-Receiver takes no position on that motion. Therefore, counsel for FDIC-Receiver respectfully requests that he be allowed to appear by telephone on June 20, if possible.

              Sincerely,

              */s/ Richard P. Sobiecki*

              Richard P. Sobiecki

cc:  Counsel of record (via ECF FILING)