# TUSA P.C.
### ATTORNEYS AND COUNSELORS AT LAW
www.tusalawfirm.com

| | |
|---|---|
| **1979 Marcus Avenue, Ste. 210** | **33 West 19th Street, 4th Floor** |
| Lake Success, NY  11042 | New York, NY 10010 |
| Telephone: (516) 622-2212 | Telephone: (212) 400-7100 |
| Facsimile: (516) 706-1373 | Facsimile: (516) 706-1373 |

**Joseph S. Tusa**
**Attorney at Law**
joseph.tusapc@gmail.com

June 15, 2011

**BY ECF AND OVERNIGHT MAIL**

Honorable Arthur D. Spatt
United States District Court
For the Eastern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

Re:     <u>Cassese v. Washington Mutual, Inc., E.D.N.Y. Civil Action No. 05-02724</u>

Dear Judge Spatt:

     In response to Your Honor's Order of June 7, 2011, the undersigned and co-counsel at the Lowey Dannenberg firm have arranged for all Plaintiffs and class representatives to attend the June 20, 2011 hearing.  Plaintiffs Denise Cassese (a resident of New York) and William Bloom (a resident of Oregon) will be attending in person.  We understand the Court has requested the attendance of the Plaintiffs at the hearing, but as an accommodation, we respectfully request the Court allow Plaintiffs Richard Schroer (a resident of North Carolina) and George Rush (a resident of New Jersey) to attend the June 20, 2011 hearing by telephone.  If permitted, these two Plaintiffs can join the telephone conference approved the Court for the attendance of the FDIC's counsel.

                                          Respectfully yours,

                                          /s/ Joseph S. Tusa (JT – 9390)

cc:     Counsel of record (by ECF-filing)